**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1893**

———————

DALE EDWIN SANDERS,

                Plaintiff - Appellee,

        v.

STEPHEN R. FARINA,

                Defendant - Appellant.

———————

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  T.S. Ellis, III, Senior
District Judge.  (1:16-cv-00617-TSE-JFA)

———————

Submitted:  December 15, 2016      Decided:  December 19, 2016

———————

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Stephen R. Farina, Appellant Pro Se.  John Joseph O'Donnell, Jr.,
Alexandria, Virginia, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Stephen R. Farina appeals from the district court's order imposing a prefiling injunction and $500 in sanctions after Farina's third improper removal of a lawsuit from state court to federal court. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Sanders v. Farina, No. 1:16-cv-00617-TSE-JFA (E.D. Va. filed July 6, 2016; entered July 7, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED